The Ottinger Firm, P.C.
Robert Ottinger
Denise Rubin Glatter
20 W 55th Street, 6th Floor
New York, New York 10019
Telephone (212) 571-2000

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARLOS GOMEZ, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 10-cv-6412 (PAC) |
| -v- | |
| GRAVITAS TECHNOLOGY, INC., | |
| Defendant. | |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

**PLEASE TAKE** NOTICE that for the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, the accompanying Declaration of Denise Rubin Glatter, and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

(1) awarding Class Counsel attorneys' fees in the sum of ▮▮▮▮▮▮, which is one-third (1/3) of the Settlement Amount;

(2) awarding Class Counsel costs of ▮▮▮▮▮▮; and

(3) granting such other, further, or different relief as the Court deems just and proper.

2

Dated: September 11, 2012
      New York, New York                        Respectfully submitted,

                                                 **THE OTTINGER FIRM, P.C.**

                                                 By: */s/ Denise Rubin Glatter*
                                                         Denise Rubin Glatter

                                               Robert W. Ottinger
                                             Denise Rubin Glatter
                                             20 W 55th Street, 6th Floor
                                             New York, NY 10019
                                             Tel: (212) 571-2000
                                             Fax: (212) 571-0505
                                             Robert@ottingerlaw.com
                                             Denise@ottingerlaw.com

                                             *Class Counsel*