```
UNITED STATES DISTRICT COURT                    (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
CARLOS GOMEZ, individually and on    :          10 Civ. 6412 (JCF)
behalf of all others similarly       :
situated,                            :          O R D E R
                Plaintiffs,          :
                                     :
        - against -                  :
                                     :
GRAVITAS TECHNOLOGY, INC.,           :
                                     :
                Defendant.           :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10/4/12

The parties having consented to my jurisdiction for all purposes pursuant to 28 U.S.C. § 636(c) and an Order Granting Plaintiffs' Motions for Certification of Settlement Classes, Final Approval of Class Action Settlement, and Approval of FLSA Settlement; Approval of Attorneys' Fees and Reimbursement of Expenses; and Approval of Representative Service Awards (in the Form of Enhancement Payments) having been filed under seal, resolving docket nos. 38, 41, and 42, the Clerk of the Court is respectfully ordered to close this case.

SO ORDERED.

*James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       October 4, 2012